Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
T: +1 702 868 2600; Fax: +1 702 385 6862
E-mail: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Plaintiff *Concept Amenities, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONCEPT AMENITIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WEGBREIT GROUP, L.L.C., an Arizona limited liability company,<br><br>Defendant. | Case No. 2:19-cv-1396-JAD-DJA<br><br>**Order Granting Motion for Default Judgment; Judgment**<br><br>ECF No. 10 |

The court having today heard the motion for default judgment [ECF No. 10], and with good cause appearing and no just reason to delay, the court hereby

FINDS that the record supports entry of default judgment against Defendant THE WEGBREIT GROUP, L.L.C., pursuant to Fed. R. Civ. P. 55(b)(1), in the sum certain of $211,084.20.

IT IS THEREFORE ORDERED that the motion for default judgment [ECF No. 10] is GRANTED; **default judgment is hereby entered** in favor of plaintiff Concept Amenities Inc., and against defendant Wegbreit Group, LLC in the amount of $211,084.20, with interest thereon to accrue at the statutory rate. This case is now closed.

_____
U.S. District Judge 12-9-19